UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 24CR33 KMM/DJF **INDICTMENT** |
| Plaintiff, | 18 U.S.C. § 922(g)(1) |
| | 18 U.S.C. § 924(a)(8) |
| v. | 18 U.S.C. § 922(d)(1) |
| | 26 U.S.C. § 5845(b) |
| ALBERT WILLIAM BRATTON, | 26 U.S.C. § 2461(c) |
| Defendant. | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Felon in Possession of Firearm)

On or about December 16, 2023, in the State and District of Minnesota, the defendant,

**ALBERT WILLIAM BRATTON,**

having previously been convicted of the following crimes, each of which was punishable by imprisonment for a term exceeding one year:

| Offense | Place of Conviction | Date of Conviction (On or About) |
|---|---|---|
| Felon in Possession of a Firearm | U.S. District Court for the District of Minnesota | September 27, 2022 |
| Possession with Intent to Distribute Controlled Substances | U.S. District Court for the District of Minnesota | September 27, 2022 |

SCANNED
FEB 14 2024
U.S. DISTRICT COURT MPLS

*United States v. Albert William Bratton*

and knowing he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is, a Smith & Wesson .40 caliber semiautomatic pistol with an obliterated serial number; all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## FORFEITURE ALLEGATION

Count 1 of this Indictment is hereby realleged and incorporated by reference as if fully set forth herein for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

As a result of the offenses alleged in Count 1 of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearms, accessories (including any magazines, switches, conversion devices, auto sears, and other firearms parts), and ammunition, involved in, connected with, or used in any knowing violation of, the offenses alleged, including, but not limited to, a Smith & Wesson .40 caliber semiautomatic pistol with an obliterated serial number and magazine containing .40 caliber ammunition.

*United States v. Albert William Bratton*

All in violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(8), and 924(d)(1), Title 26, United States Code, and Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____                    _____
UNITED STATES ATTORNEY                    FOREPERSON

3